IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TINA KEMP, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CIVIL ACTION FILE |
| | * | NO. 1:16-CV-0697-ELR |
| OAK ROAD DENTISTRY, INC. and DEMANDFORCE, INC., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

**DEFENDANT OAK ROAD DENTISTRY, INC.'S FIRST AMENDED ANSWER AND DEFENSES TO PLANTIFF'S COMPLAINT**

COMES NOW, Defendant OAK ROAD DENTISTRY, INC., a named Defendant in the above-styled action, and, pursuant to Fed R. Civ. P. 15(a)(1)(A), files its First Amended Answer and Defenses to Plaintiff's Complaint, amending its original Answer to delete the existing text of its Fourth Defense and the existing text of its response to paragraph 19 of the Complaint and replace them with the following:

**FOURTH DEFENSE**

An appointment confirmation text was sent to an authorized number for an Oak Road patient in accordance with the TCPA and this Defendant was unaware that the number had been allegedly reassigned to Plaintiff. To the extent that duplicative messages, if any, were received by Plaintiff, such messages were

caused, upon information and belief, by the fault, negligence, and/or technical failure of other persons or systems including but not limited to Plaintiff's wireless carrier, cellular telephone or applications or programs thereon.

19.

This Defendant admits the allegations of the first sentence and the second sentence of paragraph 19 of Plaintiff's Complaint. This Defendant denies the allegations of the third sentence of paragraph 19 of Plaintiff's Complaint, and specifically denies that it was responsible for Plaintiff receiving text messages through December 10, 2015.

All other defenses, objections and responses stand as originally stated in this Defendant's April 8, 2016 Answer.

Respectfully submitted, this 29th day of April, 2016.

DREW ECKL & FARNHAM, LLP

/s/Burke A. Noble
Bruce A. Taylor, Jr.
Georgia Bar No. 699669
Burke A. Noble
Georgia Bar No. 545215
Melody C. Kiella
Georgia Bar No. 206275

*Attorneys for Defendant Oak Road Dentistry, Inc.*

880 West Peachtree Street
Atlanta, GA 30309
TEL: 404-885-1400
FAX: 404-876-0992

6408411/1
00284-121645

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TINA KEMP, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CIVIL ACTION FILE |
| | * | NO. 1:16-CV-0697-ELR |
| OAK ROAD DENTISTRY, INC. and | * | |
| DEMANDFORCE, INC., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT OAK ROAD DENTISTRY, INC.'S FIRST AMENDED ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using this Court's CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Octavio "Tav" Gomez, Esq.
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
TGomez@ForThePeople.com
*Attorney for Plaintiff*

David J. Stewart, Esq.
Uly S. Gunn, Esq.
Sara P. LaFantano, Esq.
Alston & Bird, LLP
One Atlantic Center
121 West Peachtree Street
Atlanta, Georgia 30309-3424
*Attorneys for Demandforce, Inc.*

This 29th day of April, 2016.

DREW ECKL & FARNHAM, LLP

/s/Burke A. Noble

880 West Peachtree Street
Atlanta, GA 30309
TEL: 404-885-1400
FAX: 404-876-0992

Bruce A. Taylor, Jr.
Georgia Bar No. 699669
Burke A. Noble
Georgia Bar No. 545215
Melody C. Kiella
Georgia Bar No. 206275

*Attorneys for Defendant*
*Oak Road Dentistry, Inc.*

6408411/1
00284-121645